UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Yi Li,

      Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

      Defendants

Case No. 2:25-cv-01349-CDS-MDC

Order Sua Sponte Extending the Plaintiff's Time to Respond to the Report and Recommendation

      Pro se plaintiff Yi Li initiated this action against the Las Vegas Metropolitan Police Department and two of its employees by filing an application to proceed *in forma pauperis* (IFP) alongside a complaint. *See* IFP, ECF Nos. 1, 1-3. The court denied Li's application without prejudice, instructing him to either file a new IFP application or pay the filing fee. *See* Order, ECF No. 7. In November 2025, U.S. Magistrate Judge Maximiliano D. Couvillier issued a report and recommendation (R&R) that I dismiss Li's case. R&R, ECF No. 8. On December 22nd, Li filed a new IFP application. *See* Second IFP app., ECF No. 11. One week later, Li filed a notice of change of address. Notice, ECF No. 12.

      Due to Li's recent move, it appears he did not receive the R&R issued in November 2025. Thus, the Clerk of Court is kindly directed to send a copy of the R&R (ECF No. 8) to Li at his new address, 1041 Raven Ln, Chico, CA 95926. Li's time to respond to the R&R is extended sua sponte by two weeks—that is, to January 21, 2026. Failure to respond by that date will result in dismissal without prejudice and without further notice.

Dated: January 8, 2026

                                                                     _____
                                                                     Cristina D. Silva
                                                                     United States District Judge