**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Yi Li,<br><br>Plaintiff,<br><br>vs.<br>Las Vegas Metropolitan Police Department, *et al.*,<br><br>Defendant. | Case No. 2:25-cv-01349-CDS-MDC<br><br>**ORDER** |

On 05/19/2026, the Court ordered plaintiff to file an amended complaint in this case by June 19, 2026. *ECF No. 21*. However, the Court has received notice that the 05/19/2026 Order was not deliverable to the address currently provided by plaintiff on the docket. *See ECF No. 18*.

Accordingly,

**IT IS SO ORDERED** that plaintiff must provide a notice of change of address no later than **September 18, 2026**. Failure to do so may result in the Court dismissing the case. *See* LR IA 3-1 (An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. Failure to comply with this rule may result in the dismissal of the action....).

**IT IS FURTHER ORDERED** that:

If plaintiff timely provides the notice of change of address, he must then file an amended complaint in this case by **October 5, 2026**. Failure to do so may result in the Court dismissing the case.

DATED: September 4, 2026.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**